Anthony LERRO, Appellant,

v.

WORKMEN'S COMPENSATION AP-
PEAL BOARD (SERVICE MASTER,
INC. and Continental Insurance Compa-
ny and CNA Insurance Company), Ap-
pellees.

Supreme Court of Pennsylvania.

Argued Dec. 5, 1994.

Decided Dec. 30, 1994.

Christina J. Barbieri, Philadelphia, for A. Lerro.

Lizabeth Precopio, Fort Washington, for Continental Ins. Co.

Sally Farrell, Philadelphia, for CNA Ins. Co.

Norman R. Haigh, Secretary, for W.C.A.B.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

CAPPY, J., dissents and would reach the merits of the case.

MONTEMURO, J., is sitting by designation.

The FIDELITY BANK, N.A., Appellant,

v.

Winchell Smith CARROLL and Patricia
Ann McClure Carroll.

Supreme Court of Pennsylvania.

Argued Dec. 5, 1994.

Decided Dec. 30, 1994.

Daniel S. Bernheim, III, Philadelphia, for Fidelity Bank.

Richard H. Lawson, West Chester, for W.S. Carroll.

Paul D. Nelson, Media, for P. Carroll.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and CASTILLE, JJ.

### ORDER

PER CURIAM:

Order affirmed.

Senior Justice Montemuro, who is sitting by designation, did not participate in the consideration or decision of this case.

PAPADAKOS and CASTILLE, JJ., dissent.